IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROOSEVELT HAMLIN,<br><br>    Defendant. | Case No. 08-cr-10036 |

**GOVERNMENT'S POSITION REGARDING SENTENCE REDUCTION
PURSUANT TO SECTION 404(b) OF THE FIRST STEP ACT**

Now comes the United States of America by John C. Milhiser, United States Attorney and Patrick D. Hansen, Assistant United States Attorney and submits the following for the Court's consideration in determining whether, and to what extent to reduce the sentence of Roosevelt Hamlin. This Court has set the matter for telephonic hearing on April 3, 2019.

    1.    The parties jointly filed a motion recognizing that the offense for which Mr. Hamlin was convicted is a "covered offense" under the First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5220 (2018). (d/e 57) Therefore, Mr. Hamlin is eligible for a reduction of his sentence.

    2.    The government submits that if the Fair Sentencing Act of 2010, Pub. L. No. 111-220, § 2, 124 Stat. 2372, 2372 (2010), were in effect at the time of the crime charged in this case, Mr. Hamlin, as a career offender under Chapter 4 of

the U.S. Sentencing Guidelines, would have a guideline range of 262-327 months of imprisonment. The mandatory minimum sentence would be lowered from life imprisonment to 10 years under 21 U.S.C. § 841(b)(1)(C)(iii) as the offense involved more than 28 grams of crack, but less than 280 grams.

3. The motion also correctly states that Mr. Hamlin is currently serving a sentence of 236 months. It is notable that this is *lower* than the current, adjusted sentencing guideline range, but substantially higher than the mandatory minimum penalty.

4. The defendant has served approximately 126 months to date. Remarkably, he has experienced no disciplinary issues while in the Bureau of Prisons, and does not appear to pose a danger upon his release.

5. Should this Court agree with the defendant and order a sentence at or close to "time served," the government respectfully requests that the Court add 10 days to the "time served" to allow the Bureau of Prisons to appropriately process Mr. Hamlin's release.

WHEREFORE, the United States of America respectfully requests that this Court reduce the sentence of imprisonment for Mr. Hamlin to an amount

sufficient, but not greater than necessary to comply with the purposes set forth in

18 U.S.C. § 3553(a), and to revise the term of supervised release to 6 years.

                                      Respectfully submitted,

                                      JOHN C. MILHISER
                                      UNITED STATES ATTORNEY

                                      */s/ Patrick D. Hansen*
                                      Patrick D. Hansen
                                      Assistant United States Attorney
                                      U.S. Attorney's Office
                                      318 South 6th Street
                                      Springfield, IL   62701
                                      Telephone: 217/492-4450
                                      patrick.hansen@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Thomas D. Patton.

                                                        */s/ Patrick D. Hansen*
                                                        Patrick D. Hansen
                                                        Assistant United States Attorney