

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

### OFFICE OF THE CLERK
TEL: 217.492.4020
FAX: 217.492.4028

November 18, 2020

NDIL, U.S. District Court
Attn:  Criminal Division
intake_ilcd@ilnd.uscourts.gov

RE:  USA v Roosevelt Hamlin; CDIL Case # 08-10036; NDIL Case # 1:20-CR-00787

Dear Clerk of Court:

An Order by the Honorable Mihm, U.S. District Judge, was entered transferring the above-referenced case from this District Court to the U.S. District Court, NDIL .

Enclosed is a certified copy of the docket sheet. The defendant's financial obligations for this Court have been paid in full.  To obtain documents, you may access our electronic case file at the following address:  http://ecf.ilcd.uscourts.gov.

Please acknowledge receipt by returning a copy of this letter.   If any questions, please contact the Peoria Division.   Thank you.

Very truly yours,

SHIG YASUNAGA,
CLERK OF COURT

RECEIPT ACKNOWLEDGED ON _____

By: _____